PEAKE *v.* NEW ORLEANS, No. 459. Error to the Circuit Court of the United States for the Eastern District of Louisiana. PEAKE *v.* NEW ORLEANS, No. 41. Appeal from the Circuit Court of the United States for the Eastern District of Louisiana. UNITED STATES *ex rel.* PEAKE *v.* NEW ORLEANS, No. 460. Error to the Circuit Court of the United States for the Eastern District of Louisiana. BREWER, J. The conclusions above stated in the opinion

of the court in *Peake* v. *New Orleans,* compel an affirmance of the judgment in the case between the same parties numbered 459, and by stipulation cases numbered 41 and 460 are to be controlled by this decision, and the same orders will therefore be entered in them.

FULLER, C. J., and HARLAN and LAMAR, JJ., dissent from these judgments for the reasons stated in their dissenting opinion in *Peake* v. *New Orleans.*

BROWN, J., did not hear the arguments in these cases, and takes no part in their decision.

*Mr. Richard De Gray, Mr. Grover Cleveland* and *Mr. Thomas J. Semmes* for appellants.

*Mr. Carleton Hunt* for appellees.